UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 02482

EEI HOLDING CORPORATION,

Plaintiff,

-v-

PLATINUM FUNDING SERVICES LLC,

Defendant.

Case No. _____

Rule 7.1 Statement

RECEIVED
MAR 11 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

EEI Holding Corporation                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: March 11, 2008

Signature of Attorney

Attorney Bar Code: GP 1581

Form Rule7_1.pdf  SDNY Web 10/2007