UNITED STATES DISTRICT COURT
SOURCE DISTRICT OF NEW YORK

```
------------------------------------------------x
EEI HOLDING CORPORATION,         :     ECF Case
                                 :
                                 :     Index No. 08cv02482
              Plaintiff,         :
                                 :     **AFFIDAVIT**
       -against-                 :     **OF SERVICE**
                                 :
PLATINUM FUNDING SERVICES LLC,   :
                                 :
              Defendant.         :
------------------------------------------------x
```

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

    JENNIFER L. COLELLO, being duly sworn, deposes and says:

    1.    I am over the age of eighteen (18) and not a party to this action.

    2.    On the 11th day of March 2008, I caused true copies of EEI Holding Corporation's Summons, Complaint, Rule 7.1 Statement and Civil Cover Sheet to be served upon:

    Platinum Funding Services LLC
    130 West 42nd Street
    26th Floor
    New York, NY 10036

    Platinum Funding Services LLC
    Two University Plaza
    Hackensack, NJ 07601

pursuant to Section 14 of the August 23, 2006 Factoring Agreement between Platinum Funding Services LLC and EEI Holding Corporation, by sending the above-listed document by facsimile to defendant at (646) 315-7229 and by depositing true copies of the same, along with copies of the Individual Practices of Judge William H. Pauley III, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for

- 2 -

Electronic Case Filing, and Procedures for Electronic Case Filing, in a certified, postpaid wrapper in a regularly maintained official depository under the exclusive care and custody of the United States Post Office Department located in the City, County and State of New York, addressed to the defendant at the addresses set forth above.

*[signature]*
JENNIFER L. COLELLO

Sworn to before me this
19th day of March 2008

*[signature]*
Notary Public

BRADLEY M. RANK
Notary Public, State of New York
No. 02RA6125713
Qualified in Queens County
Commission Expires April 25, 2009