UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x     ECF Case
EEI HOLDING CORPORATION,                              :
                                                     :          Index No. 08cv02482
                                                     :
                          Plaintiff,                 :
                                                     :          **NOTICE**
             -against-                               :          **OF APPEARANCE**
                                                     :
PLATINUM FUNDING SERVICES LLC,     :
                                                     :
                          Defendant.                 :
----------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Bradley M. Rank, Esq., an associate with the law firm of

Tashjian & Padian, hereby appears as additional counsel of record for plaintiff EEI

Holding Corporation, and demands that all notices given or required to be given in the

above-captioned matter and all papers served in this case be given to and served upon

Bradley M. Rank at the following addresses and telephone number:

brank@tashpad.com                    TASHJIAN & PADIAN
                                     15 West 36th Street, 15th Floor
                                     New York, N.Y. 10018
                                     (212) 319-9800
                                     Attn: Bradley M. Rank, Esq.

Dated: New York, New York
       March 19, 2008

                              TASHJIAN & PADIAN


                    By:    /s/ Bradley M. Rank
                           Bradley M. Rank, Esq. (BR 0342)
                           15 West 36th Street, 15th Fl.
                           New York, New York 10018
                           (212) 319-9800

                           Attorneys for Plaintiff