UNITED STATES DISTRICT COUT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

ECF Case

EEI HOLDING CORPORATION,

Index No. 08-cv-02482

             Plaintiff,

vs.

PLATINUM FUNDING SERVICES LLC,

STIPULATION OF
DISCONTINUANCE

             Defendants.

------------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and whereas no person not a party hereto has an interest in the subject matter of the action, that the above-captioned action is hereby discontinued with prejudice, without the assessment of costs or legal fees to any party.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
~~April~~ May 5, 2008

| TASHJIAN & PADIAN | PLATINUM FUNDING SERVICES LLC |
|---|---|
| By: _____ | By: _____ |
| Gerald Padian (GP 1581) | Shlomit Ophir-Harel (SOH 4835) |
| 15 West 36th Street | Chief Legal Counsel |
| New York, New York 10018 | 130 West 42nd Street |
| (212) 319-9800 | New York, New York 10036 |
| *Attorneys for Plaintiff* | (212) 944-2828 |
| | *Attorneys for Defendant* |