USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COUT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
EEI HOLDING CORPORATION,

            Plaintiff,

vs.

PLATINUM FUNDING SERVICES LLC,

           Defendants.
-----------------------------------------------------------------

Index No. 08-cv-02482

STIPULATION OF
DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and whereas no person not a party hereto has an interest in the subject matter of the action, that the above-captioned action is hereby discontinued with prejudice, without the assessment of costs or legal fees to any party.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      ~~April~~ May 5, 2008

TASHJIAN & PADIAN

By: _____
Gerald Padian (GP 1581)
15 West 36th Street
New York, New York 10018
(212) 319-9800
*Attorneys for Plaintiff*

PLATINUM FUNDING SERVICES LLC

By: _____
Shlomit Ophir-Harel (SOH 4835)
Chief Legal Counsel
130 West 42nd Street
New York, New York 10036
(212) 944-2828
*Attorneys for Defendant*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/16/08